THE PEOPLE OF THE STATE OF NEW YORK v. STEPHEN CATLAN.— Motion to reopen appeal from the judgment of the Court of General Sessions, New York County, rendered February 19, 1942, and for other and further relief, denied.

[See 265 App. Div. 924.] Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Callahan, J., taking no part.